UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALBERT T. OWENS,

    Plaintiff,

v.      Case No. 3:14cv658/MCR/CJK

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,

    Defendants.

_____/

# O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated January 14, 2015. (Doc. 5). The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED WITHOUT PREJUDICE.

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of February, 2015.

    *s/ M. Casey Rodgers*
    **M. CASEY RODGERS**
    **CHIEF UNITED STATES DISTRICT JUDGE**